

Manuel Cabrera Alejandre
(Name)

PO Box 439049
(Address)

San Diego, CA. 92143
(City, State, Zip)

09376-097
(CDC Inmate No.)

**FILED**

JAN 1 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254 _____ 1983 ✓

**FILING FEE PAID**
Yes _____ No _____

**IFP MOTION FILED**
Yes ✓ No _____

**COPIES SENT TO**
Court ✓ ProSe _____

# United States District Court
## Southern District of California

Manuel Cabrera Alejandre:
(Enter full name of plaintiff in this action.)

                        Plaintiff,

  v.

Fred Lawrence, Warden:

Mr. Lindstedt, Lt.

*Medical Department.*
(Enter full name of each defendant in this action.)

                        Defendant(s).

'08 CV 0092 JLS RBB
Civil Case No. _____
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. Plaintiff:  This complaint alleges that the civil rights of Plaintiff,  Manuel Cabrera
(print Plaintiff's name)
Alejandre                              , who presently resides at  (CCA),PO Box 439049
San Diego, CA. 92143                              (mailing address or place of confinement)
, were violated by the actions
of the below named individuals.  The actions were directed against Plaintiff at  (CCA),

PO Box 439049/San Diego,CA. 92143    on (dates) 7/20/07 , 1/08/08 , and 2008-    .
(institution/place where violation occurred)         (Count 1)    (Count 2)    (Count 3)

2. Defendants:  (Attach same information on additional pages if you are naming more than 4 defendants.)

§ 1983 SD Form
(Rev. 5/98)

::ODMA\PCDOCS\WORDPERFECT\22834\1

Defendant  Fred Lawrence                    resides in  San Diego, CA.              ,
       (name)                                              (County of residence)
and is employed as a  Warden at SDCF/CCA                    . This defendant is sued in
       (defendant's position/title (if any))
his/her (individual) (official capacity) (Check one or both.) Explain how this defendant was acting
under color of law:  Was at all time employed as Warden of San Diego
Correctional Facility (SDCF) for the State of California, and he is incharge
of every department and operations at sad facility.


Defendant  Lt. Lindstedt                    resides in  San Diego, CA.              ,
       (name)                                              (County of residence)
and is employed as a  Head of Medical Department (SDCF). This defendant is sued in
      (defendant's position/title (if any))
his/her ( individual) (official capacity) (Check one or both.) Explain how this defendant was acting
under color of law:  Was at all time employed as Head of Medical Department
at SDCF/CCA, and failed to provide needed medical attention.


Defendant *Medical caretaker of*   resides in
       (name) *Prisoners*                     (County of residence) *San Diego Co.*
and is employed as a                    . This defendant is sued in
      (defendant's position/title (if any)) *Medical Department*
his/her  individual  (official capacity) (Check one or both.) Explain how this defendant was acting
under color of law: *is the department of health in charge of health care for the Prisoners of the San Diego Correctional Facility*


Defendant *ICE/Marshall*   resides in  *San Diego (Ca.* ,
       (name) *Department*                    (County of residence)
and is employed as a                    . This defendant is sued in
      (defendant's position/title (if any))
his/her  individual  (official capacity) (Check one or both.) Explain how this defendant was acting
under color of law: *U.S. Marshall's are in charge of the Prisoners in the United States Marshalls custody. They are at all times employs for the Federal Bureau of Prisons, USA.*


*They did choose to ignore my request.*
*dated November 14, 2007*
*I didn't got/receive response back.*

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

<u>Count 1</u>: The following civil right has been violated: Eight Amendment to the United States Constitution; right to medical care

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

Defendant Mr. Fred Lawrence is the Warden of the San Diego Correctional Facility CCA. He is legally responsible for the overall operation of the CCA Facility, including the Medical Department, at SDCF/CCA. Defendant Fred Lawrence, shall have known of the action of his subordinates or should have been aware and neglected to ignore the actions of his subordinates.

Plaintiff file all the administrative remedies required, therefore Mr. Fred Lawrence (Warden) was well aware of the needed medical needs of plaintiff.

Count 2:  The following civil right has been violated: _Eight Amendment to the_

(E.g., right to medical care, access to courts,

_United States Constitution. Right to medical care_

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:  [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

Defendant Mr. Lindstedt, Lt.
He is legally responsible for the overall
operation, regarding to Medical Department
in San Diego Correctional Facility CCA.
Defendant Mr. Lindstedt Lt.
shall have known of the action of his
subordinates or should have been aware
and neglected to ignore the actions of his
subordinates.

Also, Mr. Erick L. Guzman, Esq.
            Trial Attorney
He did send a letter to Mr. Lt. Lindstedt:
concerning about my medical treatment,
Mr. Lt. Lindstedt: did choose to ignore
the petition.

Count 3:  The following civil right has been violated:

(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:    [Include all facts you consider important to Count 3.  State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

Eighth Amendment to the United States Constitution, ... Right to medical treatment.

Medical Department San Diego Detention Center (CCA).
Including Mr. Lt. David Lusche, Pa-c LCDR, USPHS, SD ICE Medical Referral Center.
        Always, Mr. Lt. D. Lusche: was telling me that, — He was my Doctor Since July 2007, until October 24, 2007.

On October 2007, Mr. Lt. David Lusche: called me for an interview,
Then he told me that, — I don't know why are you call me a Doctor, I am not a Doctor, — I am a Lt. Lusche.

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case?    Yes    (No.)

If your answer is "Yes", describe each suit in the space below.  [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:
Plaintiffs: _____ *N/A* _____

Defendants: _____ *N/A* _____

(b)  Name of the court and docket number: _____ *N/A* _____

_____

(c)  Disposition: [ For example, was the case dismissed, appealed, or still pending?] ___ *N/A* _____

_____

(d)  Issues raised:

_____ *N/A* _____

_____

_____

_____

(e)  Approximate date case was filed: _____ *N/A* _____.

(f)   Approximate date of disposition: _____ *N/A* _____.

2.  Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☒Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results.   If your answer is "No", briefly explain why administrative relief was not sought.

Plaintiff Manuel Cabrera/Alejandre did use the prisoner grievance procedure available at San Diego Detention Center (CCA) to try and solve the problem. On July 25, 2007, I file it first Grievance form 14-5B.  Second, Grievance form August 12, 2007.  Third one, On December 03, 2007.  All to no avail.

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): *An order by a court that, —The Dependents should begin to provide me, with medical treatment, Before the damage became irreparable.*

2. Damages in the sum of $ *1,198,040*.

3. Punitive damages in the sum of $ *1,198,040*.

4. Other: *Physical damages in the sum of $1,198,040*

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☒ Jury ☒ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

*1-10-2008*
Date

 *Manuel Cabrera*
Signature of Plaintiff

Manuel Cabrera M. 09376-097

EXHIBIT

A

Grievance copies.

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Cabrera Manuel A.    09376-047    B    MCC

     LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST** On April-11-2007, I requested an informal medical resolution, via BP-229. The one you gave me I and worked with this # 451083-F1. And I supposedly I was scheduled on appointment. To make me an MRI. But nobody took me for that appointment. The nurse said told me that — my appointment was canseled. But nobody knows. who canceled, and or why.

Mr. Leyva, called me, on 5-7-007, for an interview. only to intimidated me, by yelling and crying at me. To withdrawn my BP-229. # 451083-F1.

I am tired about every bodys playing games with me and evry bodys been practicing the discrimination with me.

6-29-2007               Manuel Cab.

    DATE                                SIGNATURE OF REQUESTER

**Part B– RESPONSE**

 

 

 

    DATE                               WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

THIRD COPY: RETURN TO INMATE       CASE NUMBER: _____

_____

CASE NUMBER: 458265-F1

**Part C– RECEIPT**

Return to: Cabrera–Alejandre    09376-047   H06-009L   MCC San Diego

     LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: Medical matters

_____ 2007                                    Odom

   DATE                            RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                            BP-229(13)
APRIL 1982

Manuel Cabrera Alejandre #09376-097

This is a Grievance Duplicate, date 7-25-2007
I File it and send it, To. Fred Lawrence: The
San Diego Correctional Facility CCA. Warden:

"State Grievance"
I got to this Facility, On July 20, 2007
Since that date, I have been requesting
medical treatment. My back is in pain "24" hours
a day." My eyes are hurting me "24" hours a day."
My Hemmorohidis need surgery." My right side
ear, need surgery."

Since 1994, I hurt my back on an accident," When
I was working in CMC State Prison, in San Luis
Obispo California. Since that year, Nobody's want
to take care of my health. "Now my arms, My
Legs and my knees are hurting me too "24" hours a day.

On July 19, 2007, Alvarado Hospital, take an MRI
from my back injury.

"Requested Action:"

I want the Doctors, to fix my back injury.
I want the Doctors, to fix my eyes.
I want the Doctors, to fix my Hemmorohidis.
I want the Doctors, to fix my right side ear.

Date Submitted 7-25-2007

Page 1 of 2

Manuel Cabrera Alejandre #09376-097

Responding Staff Member's Report:

① Mr. Cabrera is currently being treated for back pain, and has a THR request pending to see the Orthopedist. ② Eye glasses are not a provided benefit. ③ Issues of Hemmorhoids, hearing loss in right ear, and eye exam to be addressed at next scheduled appointment in 3 Weeks.

Responding Staff Member's Decision:

Grievance Closed

Responding Staff Member's Printed name
D. Lusche. Title LCDR, PAC
Responding Staff Member's Signature
D. Lusche    Date 8-21-2007

Page 2 of 2

②

Manuel Cabrera Alejandre #09376-097

This is a Grievance, Duplicate date 11-14-2007
I file it and send it To, ICE/Marshalls:

State Grievance:

This is regarding to my medical treatment
have been denied.
"This is my situation"
On July 2006, I was arrested by the Border
Patrol, and turn over to U.S. Marshalls,
for prosecution I was taken to the San Diego
Metropolitan Center.
Since my arrest, I did request medical
treatment, until July 2007, All I have been
received is what is call on MRI, for my back
injury, which was done at Alvarado Hospital

On July 20, 2007, I got transfered to CCA.
facility. Since the transfered
I have been requesting medical treatment at
CCA Facility, I have been file it Sick call
forms, and Grievance forms, Nothing work
out.
If I should make this request elsewhere
please inform me promptly.

I appreciate your time and consideration

Thank you.
Serious Medical Need, have To be treating.
My back injury its hurting me "24" hours a day".
Eye sight, Hurts me "24" hours a day".
Hemmohroide's need surgery, and hearing
right ear too.

Page 1 of 2

Manuel Cabrera Alejandre # 09376-097

This is a grievance Duplicated date 12-3-2007

State grievance.

Mr. B. Murrell/CCA Warden:
Sorry for bother you again, Regarding to my medical treatment, Since July 2007 I have been requesting medical treatment. All my requests have been denied. On 11-6-2007 I spoke with the security Chief Assistance and or Mr. B. Murrell. and the Supervisor Mr. Rivera: He suppose to take care of my medical Problems. But he did not. Never came back to talk to me. "However" Then On 11-16-2007 I spoke to you Mr. Murrell and Warden about the matter. "You told me that," — "You will put evry-thing straight." And I reply that, — "That's exactly what I want."        "Finally, you the Warden: "Told me that, — Mr. Rivera: will take care of your problem."
        Till this date 12-3-2007, Mr. Rivera: Never show up to talk to me about the matter.
                        Sorry and thank you.

Back "injury, Hurts" 24 "hours a day." Eye sight, hurts "24 "hours". Hearing lossing right ear." Hemmohroidis problem." And Dental problem."
Now I am experience some kind of an Ulcer problem .

Page 1 of 2

①

Manuel Cabrera Alejandre #09376-097

Responding Staff Member's Report:

Grievance administratively
Rejected; It contains complaints
of multiple unrelated issues.

Please refer to Grievance procedures,
page 14 of Inmate/Detainee handbook.

Responding Staff Member's Decision:

N/A

Responding Sataff Member Printed name:
David Lusche, Pa-c LCDR, USPHS
SD ICE Medical Referral Center.
                          12-5-2007
Inmate/Resident Appeal:
On 12-8-2007
I have been requesting Medical treatment
for about five months.
All my medical requests, have been denied.
       So Tell me Why?
If I should make this request elsewhere
Please inform me promptly.

On Appeal, No response —

Page 2 of 2

II

Manuel Cabrera A. 09376-097

# EXHIBIT
## "B"

Trying to get copies
of my medical record
and the 6D2s records,

From 1994
California Mens Colony
State Prison /

Inmate Appeals Branch
Sacramento Ca.

San Diego Ca.    1-10-08

Manuel Cabrera Alejandre
#09376-097  C.C.A.
P.O. Box 439049
San Diego Ca. 92143


Dear Health Record Center
8300 Valdez Ave.
Sacramento Ca. 95828


In Re: File No. E 43818

Pursuant to freedom of Information
Privacy Act. 5 USC. § 552 and 552 (a)

At this time I am requesting that
you provide me with copies of my
medical record.
Specifically from 1994.

About the accident occurred.
When I was in CMC State Prison.
I was working as a Porter - On "D"
yard. Second floor building Seven.

The day of the accident, My Supervisor
is Ortiz: She did send me to the
Clinic.
So. The record of the accident
is in my medical record.

Thank you for your time

Very respectfully
Manuel Cab___

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
**CALIFORNIA MEN'S COLONY**

P.O. Box 8101
San Luis Obispo, CA  93409-8101



December 13, 2007


Manuel Cabrera
90376-097 CCA
P. O. Box 439049
San Diego, CA 92143


Dear Mr. Cabrera,

Your letter regarding your medical records, to Warden John Marshall, dated November, 2007, has been referred to me for response.  In your letter you are requesting a copy of medical records, specifically from 1994.

You were discharged on February 11, 2007 at which time your Unit Health Record (UHR) was sent to the Health Records Center in Sacramento.  In order to obtain copies of documents in your UHR you must write to the following address:

> Health Records Center
> 8300 Valdez Ave.
> Sacramento, CA 95828

If you have any questions, or need additional information, please free to contact my office at (805) 547-7690.

Sincerely,


John Schmidt (A)
Associate Warden - Health Care
California Men's Colony

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF ADULT OPERATIONS**
**INMATE APPEALS BRANCH**
P.O. Box 942883
Sacramento, CA 94283



November 6, 2007


Mr. Manuel Cabrera Alejandre
San Diego Correctional Facility
Booking #09376-097
P.O. Box 439049
San Diego, CA  92143

**Re:  Request for Copies of CDC 602s (Inmate/Parolee Appeal Form) – CDCR #E-43818**

Dear Mr. Alejandre:

This is in response to your correspondence dated October 24, 2007, wherein you request copies of CDC 602s (Inmate/Parolee Appeal Form) processed for you by the California Department of Corrections and Rehabilitation (#E-43818) at the Director's Level of Review (DLR).  You are requesting the documents pursuant to the Freedom of Information Act.

The Inmate Appeals Tracking System maintained by the Inmate Appeals Branch reflects no appeals activity for you at the DLR.  There is no record of receiving any appeals from you that were either screened out or processed at the DLR.

I trust this has addressed your concern.



N. GRANNIS, Chief
Inmate Appeals Branch



State of California                                    Department of Corrections and Rehabilitation

# Memorandum

**Date**    :    November 29, 2007

**To**    :    CABRERA, MANUEL
                E-43818

**Subject**    :    **PROCESSED OR SCREENED OUT APPEALS**

This is in response to your letter to the Warden dated November 18, 2007. You are requesting to be provided with a copy of the CDC 602 Inmate/Parolee Appeals Tracking System maintained by the Inmate Appeals Branch. CMC staff cannot assist you with that request. You will have to write to the Inmate Appeals Branch in Sacramento.

The Inmate Appeals Tracking System (IATS) at CMC does not list any appeals assigned or screened out for you. For your information, Appeals are retained for two years with the exception of CDC 1824 Reasonable Modification or Accommodation Requests Forms (ADA) and Appeals alleging staff misconduct, which are retained for five years.

D. ENGLER, CC II
Appeals Coordinator
California Men's Colony

EXHIBIT
"C"

Trying to get Attorney.

December 23, 2007

John B. Little
Attorney at Law

Dear Mr. Little: I am writing
you this letter, for two reasons
First, I wish you a Merry Christmas

"On the other hand"
I will like to know that," if you do
prisoners cases.?
This is my situation"
I am in Custody with the Marshalls
I hurt my back, when I was
working with the Goverment
Since the accident, I been requesting
medical treatment, by using Sick call
request forms and Grievance forms.
All my requests have been denied.

The only thing the Marshalls did it
for me, is that, — what is call an
MRI, Which been done in Albarado
Hospital. And two of the Doctors
overther told me that, — I do need
surgery and therapy. Because,
my Back and my legs are in pain
"24" hours a day.
I am including an MRI copy
That way you can see for yourself
we have a good case.

I



Pretrial Inmate Health care
Concerns.
Serious Medical Need.
Section 1983 of Title 42
of the Unite State Code.
844-6(A), and 844.4. and 844.2.
and 845.4.
The Eighth Amendment,
protects your right to medical
care. The Constitution
guarantees prisoners this right.
The prison must provide you
with medical care if you need it.


Please Mr. John.
I need you to raise this
concerns to the court room.


I pray that God bless you


Sincerely
Manuel Cabrera
Reg. No. 09376-097

II

Manuel Cabrera A. D9376-097

# EXHIBIT
## "D"

A conversation/Interview
With Mr. Fred Lawrence:
SDCF. CCA, Warden
Also With Warden Assistance
and Supervisor Mr. Rivera:

On November 06-2007
Around 12:00 Oclock noon.
I was talking to the Security Chief Assistance
Regarding to the agreement, we sign it
As a response to the grievance form 14-5B
I file it, to request medical treatment
On that agreement, I suppose to get
medical treatment, in three weeks.
This time frame began on the date 8-21-2007
    Which, in till this date,
I have-not receive medical treatment.
    "However":-
The Supervisor Rivera.
Get in to the conversation, with us
and told me that, — Oh! Yo never
give me the chaee to fix this problem.
Let me fix it,   Then Mr. Rivera
Grabbed the Grievance copy, from my
hand, By told me that, — I will
talk to you later, Mr. Cabrera.
The same day on the evening.
The Supervisor Rivera, Told me that—
Let me check the paper work,
and then I talk you. — However.
Mr. Rivera take a week to check the
paper work, but never come back to
talk to me about the matter. However,
After a week later, I Question Mr.
Rivera, He responded that — Oh.
I haven't time to check the paper work
yet.

①

November 16, 2007

In the morning, I was talking to
Mr. Fred Lawrence
SDCF Warden.

I was asking him, about my medical
treatment.
The Supervisor Rivera
get in to the conversation, and told me
that, — Oh, You never give me the
chance to fix this problem."

I replay that, — Rivera, I give
you the opportunity to fix this
problem twice all ready.
you didn't fix it.
Then The Warden: Told us that, —
This is not a matter to argue,
Let's put everything straight,
I replay, — That's exactly what
I want.
Finally, The Warden.
Told me that — He will take care
of the problem. And the
Supervisor Rivera toke my
Grievance copy. However."

I am still waiting for a response.



Manuel Cabrera A. 09376-097

EXHIBIT

"E"

A conversation/Interview
with a Doctor.

CCA Correctional Facility.

(This is a conversation with a Doctor.)

On October 16, 2007.

The CCA Service transported me, For an appointment with the Orthopedist.

The Doctor office is over ther by Albarado Hospital.   (However.

After the Doctor, concluded the exam. and read out the MRI copy.

The Doctor told me that, —

Mr. Cabrera. "You have "irreparable injury"   "I reply."  —that,

"Thats mean, "My back will be incapacity for ever."

The Doctor, responded me that, — Yes, — Also, The exam, Get me to the conclution, that you may have Arthritis too.

Then, He asks me that, — "If I have any other medical problems".

"I reply."— Yes I do have other medical problems,

The Doctor. reply" what kind of problems?

"I answer d."

"I have eyes sight problem."

"Hearing lossin, right ear problem."

"Dental problem."

"Hommohroidis problem." And now I am experiencing an Ulcer pain. Or something like that." He, the Doctor. He ask me that, — If the Doctors been taking care of me.

"I"



I reply No. "they don't."

The medical department. Been denied me medical treatment.
The only thing I got, It's the MRI, and this appointment with you. alone with Naproxen 500 m.g. Tab. and Acetaminophen 500 mg. Tab.
But the medicine, doesn't take/make the pain go away completely." My back and my legs, are in pain "24" hours a day, as my eyes, are in pain "24" hours a day too.
However.
The Orthopedist/Doctor: concluded the interview, by told me that — OK. Mr. Cabrera: I want to see you again. For now, Thats it.

I will appointe somebody, to give you Therapy, alone to teach you some kind of exercise for your back injury.

Also, We will talk about the surgery next time.

II

Manuel Cabrera A. 09376-097

EXHIBIT
"F"

Attorney Erick L. Guzman:
Letter to Mr. Lt. Lindstedt:
SDCF. CCA, Medical Department
Requesting medical treatment

No response, No action.

**FEDERAL**

**DEFENDERS**

**OF**

**SAN DIEGO,**

**INC.**

The Federal Community
Defender Organization
for the Southern
District of California

November 7, 2007


Lt. Lindstedt
Medical Department
San Diego Detention Center (CCA)
P.O. Box 439049
San Diego, CA 92143-9049

RE: Mr. Manuel Cabrera-Alejandre, Reg. No. 09376-097

Dear Lt. Lindstedt:

     I spoke with you today concerning the medical condition of my client, Mr. Manuel Cabrera-Alejandre. He has repeatedly informed me that he is suffering from severe and chronic back pain. He also informs me that he has made several requests to the facility officials, but has not yet received adequate treatment.

     If there is anything I, or my office, can do to expedite Mr. Cabrera-Alejandre's treatment, please inform me as soon as possible. Also, if I should make this request elsewhere, please inform me promptly. Otherwise, I will assume that you are the appropriate party to which I should raise these concerns.

     I appreciate your time and consideration.

Respectfully,

Erick L. Guzman, Esq.
Trial Attorney


NBC Building
225 Broadway
Suite 900
San Diego,
California
92101-5030
(619) 234-8467
FAX (619) 687-2666

Manuel Cabrera A. 09376-097

EXHIBIT

"G"

MRI COPY.

BOP00937097

ALVARADO HOSPITAL
6655 Alvarado Road
San Diego, CA  92120-5298
619-229-3370

DATED
7/19/07

NAME: CABRERAALEJANDRO,MANUEL    AGE: 55        DR. METRO CORREC CENTER
MR#: 709220      M              DOB: 02-May-1952   DATE: 19-Jul-2007
Exam #: 4A-071907        Account#: 5291275         RA    MRI
-----------------------------------------------------------------------------
Clinical Data: LOW BACK PAIN W/LT LEG RADICULOPATHY
              724.2

Exam: MRI LUMBAR SPINE W/O CM

TECHNIQUE:  The examination was performed on the 1.5 Tesla GE
mobile unit scanner.  Multiple imaging planes and sequences were
performed.

COMPARISON:  None.

FINDINGS:  There is a tortuous abdominal aorta with mild
aneurysm distally measuring 3 cm.  The right common iliac artery
is also dilated measuring 1.7 cm.

There is diffuse degenerative vertebral change and disc disease
with disc desiccation present, most prominently involving the
T12-L1 through L4-5 levels.  The conus appears within normal
limits at the T12 level.

At the T12-L1 level there is disc bulge and ridging with a small
right posterior protrusion, without significant stenosis.

At the L1-2 level, there is disc bulge and ridging with mild
left foraminal narrowing.  No significant central stenosis.

At the L2-3 level, disc bulge and ridging and degenerative facet
change with mild bilateral foraminal narrowing.  No significant
central stenosis.  The disc bulge is eccentric with far left
lateral position and does approach the far left lateral L2 root.

At the L3-4 level, disc bulge and mild spurs are present with
mild to moderate foraminal narrowing, but no significant central
stenosis.  There is mild degenerative facet change and mild
lateral recess narrowing.  There is a small right lateral
protrusion centered on the inferior lateral right foramen which
approaches the right L3 root as it exits the foramen.
                        (cont'd)
                        Page 1


RADIOLOGY REPORT/PHYSICIANS RADIOLOGY
      J. Robins   L. O'Shaughnessy  A. Lurie  R. Glass   S. Harman
11:37            G. Tsukada  W. Snyder  A. Malcolm
26-Jul-2007

LT DAVID LUBCHE
PHYSICIAN ASSISTANT
7/27/07

ALVARADO   HOSPITAL
6655 Alvarado Road
San Diego, CA    92120-5298
619-229-3370

NAME: CABRERAALEJANDRO,MANUEL       AGE: 55          DR. METRO CORREC CENTER
MR#: 709220         M               DOB: 02-May-1952  DATE: 19-Jul-2007
Exam #: 4A-071907        Account#: 5291275           RA   MRI
-------------------------------------------------------------------------
Clinical Data: LCW BACK PAIN W/LT LEG RADICULOPATHY
                724.2


      (continued - MRI LUMBAR SPINE W/O CM)

At the L4-5 level, disc bulge and spurs with degenerative facet
change and mild foraminal narrowing on the left and severe right
foraminal narrowing.  This does not cause significant central
stenosis.  Disc bulge approaches the far right L4 root distal to
the foramen.  There may be contact at this location.

At the L5-S1 level, no significant disc bulge or protrusion.  No
stenosis.  There is mild degenerative facet change.

IMPRESSION: 1.  Diffuse degenerative disc disease and
                degenerative vertebral change lumbar spine without
                significant central stenosis.  There is a small
                right posterior protrusion at the T12-L1 level
                without stenosis.

            2.  Far lateral disc bulges on the left at the L2-3
                level and on the right at the L4-5 level, approach
                may contact the far lateral roots.  Small protrusion
                within the right posterior lateral position at the
                L3-4 level may contact the exiting right L3 root.

            3.  3 cm distal abdominal aorta.
            Thank you for this referral.

            D:  07/20/2007
            T:  07/20/2007


                    signed: WILLIAM C. SNYDER, M.D.

   BS/ps
                         Page 2


                    RADIOLOGY REPORT/PHYSICIANS RADIOLOGY
       J. Robins   L. O'Shaughnessy  A. Lurie   R. Glass   S. Harman
11:37               G. Tsukada   W. Snyder   A. Malcolm
26-Jul-2007

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

## I (a) PLAINTIFFS

**Manuel Cabrera Alejandre**

| 2254 | DEFENDANTS 1983 |
|---|---|
| **FILING FEE PAID** | |
| Yes | No |
| **IFP MOTION FILED** | |
| Yes | No |
| **COPIES SENT TO** | |
| Court | Attorney |

**FILED**
JAN 1 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

DEFENDANTS

Lawrence, et al

**(b) COUNTY OF RESIDENCE OF FIRST LISTED**  San Diego
**PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Manuel Cabrera Alejandre
PO Box 439049
San Diego, CA 92143
Booking # 09376-097

ATTORNEYS (IF KNOWN)

**'08 CV 0092 JLS RBB**

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

### 42 U.S.C. 1983

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 650 Airline Reg | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | | | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities Exchange |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☒ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 | DEMAND $ | Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY (See Instructions): | JUDGE | | Docket Number |
|---|---|---|---|

| DATE  January 16, 2008 | SIGNATURE OF ATTORNEY OF RECORD  R. Welch |
|---|---|