FILED

2008 FEB 25 PM 3: 04

SOUTHERN DISTRICT OF CALIFORNIA

BY_____RM_____DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Manuel Cabrera Alejandre )  Civil No. 3:08-cv-00092-JLS-RBB
) REQUEST FOR APPOINTMENT OF
) COUNSEL UNDER THE CIVIL RIGHTS
v. ) ACT OF 1964, 42 U.S.C. 2000e 5(f)(1);
Fred Lawrence: Warden ) DECLARATION IN SUPPORT OF
Lindstedt: Lieutenant ) REQUEST
Marshal Department )
Medical Department )

1. I, the plaintiff in the above-entitled employment discrimination action, request that the court appoint an attorney to represent me in this matter. In support of this request, I state as follows:

    A. my claim is meritorious (that is, I have a good case), and

    B. I have made a reasonably diligent effort to obtain counsel, and

    C. I am unable to find an attorney willing to represent me on terms that I can afford.

2. A copy of the Notice-of-Right-to-Sue-Letter I received from the Equal Opportunity Commission is attached to the complaint which accompanies this request for counsel.

3. A. Does the Notice-of-Right-to-Sue-Letter show that the Commission found "no reasonable cause" to believe the allegations made in your charge were true?

    ____ Yes    _N/D_ No

::ODMA\PCDOCS\WORDPERFECT\23126\1  May 27, 1999 (3:47pm)        1

1  IF YOUR ANSWER IS "YES," YOU MUST ATTACH A COPY OF THE
2  COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B
3  AND C.

4  B.  Do you question the correctness of the Commission's "no reasonable cause"
5  determination?

6  ___ Yes   _√_ No

7  C. If you answered "yes" to question 3B, what are your reasons for questioning the
8  Commission's determination?  <u>Be specific and support your objections with fact.  Do not simply
9  repeat the allegations made in your complaint; the court will review your complaint in considering this
10  request for counsel</u>.

11

12  I do have a good case, I do have back injury
13  I do have four more medical problems
14  I do have serious medical needs.
15  I do have right to medical treatment.
16  Counsel should be appointed because of the following
17  reasons:
18  Petitioner is unable to afford counsel and the issues
19  in this case are particularly complex.
20  Petitioner has meritorious issues, to ensure due process
21  under these circumstances of this case, counsel is needed
22  because, Petitioner is untrained in the law and is
    completely unable to navigate the very complex laws
23  at issue.
    Due to his uncertainty, and lack of knowledge of the law
24  Petitioner respectfully requests the Court to appoint
    him counsel in the interest of justice.
25
    Due to the above reasons and points, Petitioner
26  respectfully requests that his Motion for Appointment
27  of Counsel be granted.

28  (Attach additional sheets as needed)

4. Have you talked with any attorney about handling your claim?

____ Yes (Yes) ____ No

If "YES," give the following information about each attorney with whom you talked:

Attorney: John B. Little: Callahan, Little & Sullivan
When: December 23, 2007
Where: I wrote a letter 12707 High Bluff Dr. Ste.100
How (by telephone, in person, etc.): San Diego Ca. 92130, 619, 234-0444
Why attorney was not employed to handle your claim: He did not never respond to my letter.

Attorney: Dennis A Dascano: 3500 Fifth Ave, Ste. 305
                                             San Diego Ca. 92103
When: February 13-2008,
Where: I do try several times calling: no avail
How (by telephone, in person, etc.): By calling 619, 338-8399 ~~631-4793~~
Why attorney was not employed to handle your claim:
Always the answer machine:

Attorney: Bruce Menzies: 1333 E. Madison Ave. #104
                                          el Cajon Ca. 92020
When: February 13, 2008,
Where: I did it try to call him: several times ' no avail —
How (by telephone, in person, etc.): By calling 619, 631-4793
Why attorney was not employed to handle your claim:
Always the answer machine: Also: I spoke to Attorney Jeremy Warren to help me out, to contact an attorney for my legal action case. No avail —
(Attach additional sheets as needed)   619, 234-4433

5. Explain any other efforts you have made to contact an attorney to handle your claim: Also I raise this concern with Attorney Mr. Guzma: Federal Defenders. to help me out to Get an Attorney for this Civil action. with no avail.

6. Give any other information which supports your application for the court to appoint an attorney for you: The ICE in all likelihood will attempt to remove Petitioner from the U.S. to Contry of origin, were Petitioner does not have any family support or resources in Country of origin and it would be an impossible task to obtain adequate counsel in country of origin with the relevant knowledge of American Law.

7. Give the name and address of each attorney who has represented you in the last 10 years for any purpose: Attorney at Law. Mayfield Daniel M. (AV) Carpenter & Mayfield 730 N. 1st Street San Jose Ca. 95112 (408) 287-1916

(Attach additional sheets as needed)

8. I cannot afford to obtain a private attorney. The details of my financial situation are listed below:

    A.   <u>Employment</u>

Are you employed now?   ___ yes  _X_ no  ___ am self-employed

Name and address of employer:

N/A

1     If employed, how much do you earn per month? _____ N/A _____

2     If not employed, give month and year of last employment: _____ 1989 _____

3     How much did you earn per month in your last employment? $1600.00

4     If married, is your spouse employed? ___ yes  _NO_ no

5     If "YES," how much does your spouse earn per month? _____ N/A _____

6     If you are a minor under age 21, what is your parents' or guardians' approximate monthly

7     income? _____ N/A - Parents are deceased. _____

8

9     B.    Assets

10     (i)    Other Income

11     Have you received within the past 12 months any income from a business, profession or other

12 form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity

13 payments or other sources? ___ yes  _NO_ no

14     If "YES," give the amount received and identify the sources:

15         $ Received        Source

16 Only $150.00 Loan from my brother

17 José Cabrera Alejandre

18 390 Madrone Dr.

19 Hollister Ca. 95023

20 831, 630-0214

21

22

23

24

25

26

27

28 (Attach additional sheets as necessary)

::ODMA\PCDOCS\WORDPERFECT\23126\1 May 27, 1999 (3:47pm)    5

```
 1              (ii)     Cash
 2      Have you any cash on hand or money in savings or checking accounts? ___ yes  X no
 3          If "YES," state total amount: _____
 4              (iii)    Property
 5      Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property
 6  (excluding ordinary household furnishings and clothing)?  ___ yes  X no
 7      If "YES," give value and describe it:
 8              Value                                   Description
 9  _____N/A_____
10  _____
11  _____
12  _____
13  _____
14  _____
15          C.      Obligations and Debts
16              (i)      Dependents
17      Your marital state is: ___ single  X married ___ widowed (separated) or divorced.
18      Your total number of dependents is: _____
19      List those person you actually support, your relationship to them, and your monthly
20  contribution to their support:
21          Name/Relationship                       Monthly Support Payment
22  _____N/A_____
23  _____
24  _____
25  _____
26  _____
27  _____
28  _____
```

      (ii)  <u>Debts and Monthly Bills</u>

  List all creditors, including banks, loan companies and charge accounts, etc.

| <u>Creditor</u> | <u>Total Debt</u> | <u>Monthly Payment</u> |
|---|---|---|
| Rent: _____ N/A _____ | | |
| Mortgage on Home: _____ N/A _____ | | |
| Others: | | |

9. <u>Signature</u>

  I declare under penalty of perjury that the above is true and correct.

Dated: 2-11, 2008

              _/s/ Manuel Calmum_
                  Signature

(Notarization is not required)

December 23, 2007

John B. Little
Attorney at Law

Dear Mr. Little, I am writing you this letter, for two reasons. First, I wish you a Merry Christmas.

"On the other hand."
I will like to know that, "If you do prisoners cases.?"
This is my situation:
I am in custody with the Marshalls. I hurt my back, when I was working with the Goverment. Since the accident, I been requesting medical treatment, by using Sick call request forms and Grievance forms. All my requests have been denied.

The only thing the Marshalls did it for me, is that, – what is call an MRI, Which been done in Albarado Hospital. And two of the Doctors overther told me that, – I do need surgery and therapy. Because, my Back and my legs are in pain "24" hours a day.
I am including an MRI copy That way you can see for yourself we have a good case.

Pretrial Inmate Health care Concerns.
Serious Medical Need
Section 1983 of Title 42 of the Unite State Code.
844-6(A) and 844.4 and 814.2 and 845.4

The Eighth Amendment, protects your right to medical care. The Constitution guarantees prisoners this right. The prison must provide you with medical care if you need it.

Please Mr. John.
I need you to raise this concerns to the court room.

I pray that God bless you

Sincerely
Manuel Cabrera
Reg. No. 09376-097