Regarding to the Complaint
Civil Docket for case #: 3:08-cv-00092-JLS-RBB

Manuel Cabrera Alejandre
#09376-097
C San Luis Detention
PO Box 7710
San Luis Ar. 85349

FILED
2008 FEB 27 PM 3:03
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

United State District Court
Office of the Clerk
880 Front Street Ste. 1290
San Diego Ca. 92101-8900

Dear Clerk:
At this time I am writing to you to let you know my new address. Any paper work or notice that you have for me, Please send it/mail it to me to the above address.

Thank you for your time in this matter. I apreciate you coperation.

Respectfully
Manuel Cab____
Feb. 23, 2008

Manuel Cabrera-08374-023
& San Luis Detention
P O Box 7710
San Luis, Ar. 85349

United States District Court
Office of the Clerk
880 Front Street, Suite 4290
San Diego Ca. 92101-8900