08CV92-JLS (RBB)

FCC Petersburg    4-8-2008

Manuel Cabrera Alejandre:
#09376-097
FCC Petersburg
P O Box 1000
Petersburg Va. 23804

Office of the Clerk:
880 Front St. Suite 4290
San Diego Ca. 92101-8900


FILED
APR 15 2008

In Re: File No. 09376-097

Dear Mr. Clerk:
This letter is regarding to the Civil Action/Complaint under the Civil Rights Act 42 USC § 1983 I file it.
Civil Docket for case
#: 3:08-cv-00092-JLS-RBB.

Here is my new address
Thank you.

Respectfully
Manuel Cabrera

CR