FILED

2008 JUN 24 PM 2: 43

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
( SAN DIEGO )

| | | |
|---|---|---|
| MANUEL CABRERA ALEJANDRE<br>Plaintiff | : | Case No. 08-CV-0092<br>JLS (RBB) |
| v. | : | **NUNC PRO TUNC**<br>JUN 23 2008 |
| FRED LAWRENCE; LIEUTENANT<br>LINDSTEDT; U.S. MARSHAL<br>DEPARTMENT, et al.,<br>Defendant | : | |

### VERIFIED STATEMENT TO
### PROCEED IN FORMA PAUPERIS

TO THE HONORABLE, THE JUDGE OF SAID COURT:

I, do certify that this _19th_ day of June, 2008, that the following information is true and correct to the best of my knowledge and belief:

1. On May 20, 2008, the Plaintiff was **GRANTED**-In Forma Pauperis status upon submission of his Complaint.

2. There has been no substantial change in the financial condition of the Plaintiff since the original application was submitted.

3. Plaintiff is unable to pay fees and costs in this proceeding.

                                              Respectfully submitted,

                                              */s/ Manuel Cabrera*
                                              Manuel Cabrera Alejandre
                                              Plaintiff in pro se
                                              FIN 09376-097
                                              FCC-Petersburg, Low
                                              Lee Hall
Dated: 6/19/08                             P.O. Box 1000
                                              Petersburg, VA 23804-1000

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion was served on the following person[s] by mailing a copy thereof, postage prepaid to:

        United States Attorney's Office
        Southern District of California
             Civil Division
      880 Front Street, Suite 6253
         San Diego, CA 92101

Executed this 19th day of June, 2008.

                                  Respectfully submitted,

                                  */s/ Manuel Cabrera*
                                  Manuel Cabrera Alejandre
                                  Plaintiff in pro se
                                  FIN 09376-097
                                  FCC-Petersburg, Low
                                  Lee Hall
                                  P.O. Box 1000
                                  Petersburg, VA 23804-1000